UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LATONIA SMITH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NAPHCARE, US, INC., and NAPHCARE, INC.,<br><br>　　　　Defendants. | Case No. 3:23-cv-00175-BLW<br><br>**ORDER REQUIRING PLAINTIFF TO TAKE ACTION** |

A review of this case shows that Plaintiff Latonia Smith's mail was returned to the Court as undeliverable. Dkt. 16. Each litigant has a duty to keep a current mailing address on file with the Clerk of Court. **IT IS ORDERED** that, within **14 days** after this Order, Plaintiff must file a change of address and notice of intent to proceed. Failure to do so will result in dismissal of this case with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b), without further notice to Plaintiff.

DATED: October 24, 2024

_____
B. Lynn Winmill
U.S. District Court Judge