UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LATONIA SMITH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NAPHCARE, US, INC., and NAPHCARE, INC.,<br><br>　　　　Defendants. | Case No. 3:23-cv-00175-BLW<br><br>**ORDER OF DISMISSAL** |

A review of this case shows that Plaintiff Latonia Smith's mail was twice returned to the Court as undeliverable. Dkts. 16, 18. The Court entered an Order Requiring Plaintiff to Take Action on October 24, 2024, ordering Plaintiff to file a notice of intent to proceed and change of address no later than November 7, 2024. Dkt. 17. Plaintiff has done nothing to demonstrate that she has not abandoned this case. She was warned that failure to take action would result in dismissal of this case with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b), without further notice. Dkt. 18.

Accordingly, **IT IS ORDERED** that Plaintiff's Complaint, and this entire case, are DISMISSED with prejudice.

DATED: December 5, 2024

_____
B. Lynn Winmill
U.S. District Court Judge